IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-123-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | |
| BRIANNA LESHAY WRIGHT A/K/A ) | |
| BRIANNA FUENTES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal Sentencing Memorandum And Exhibit" (Document No. 143) filed August 16, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Sentencing Memorandum contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal Sentencing Memorandum And Exhibits" (Document No. 143) is **GRANTED**, and the Sentencing Memorandum and Exhibits (Document No. 144) are sealed until further Order of this Court.

Signed: August 19, 2019

David C. Keesler
United States Magistrate Judge