# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-cr-00123-MOC-DCK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BRIANNA LESHAY WRIGHT, | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release. (Doc. No. 191).

Title 18, Section 3582(c)(1)(A)(i) authorizes criminal defendants to request compassionate release from imprisonment based on "extraordinary and compelling reasons." But before doing so, they must ask the Bureau of Prisons to do so on their behalf and give the Bureau thirty days to respond. See United States v. Raia, No. 20-1033, 2020 WL 1647922, at *1 (3d Cir. Apr. 2, 2020). Here, as the Government asserts in its brief in opposition (Doc. No. 197), Defendant did not exhaust her administrative remedies before filing the pending motion. Because Defendant has not exhausted available administrative remedies, the Court will deny Defendant's motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Compassionate Release (Doc. No. 191) is **DENIED**, without prejudice to Defendant to refile the motion after she has exhausted her administrative remedies with the BOP.

Signed: July 18, 2024

Max O. Cogburn Jr.
United States District Judge